**FILED**

NOV 30 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC., | CASE NO. 5:10-cv-05722-EJD |
| Plaintiff(s), | **ORDER REFERRING LITIGANT TO THE FEDERAL PRO BONO PROJECT/FLASH FOR PRO BONO COUNSEL, STAYING THE PROCEEDINGS AND APPOINTING PRO BONO COUNSEL** |
| v. | |
| LIEN PHUONG D. NGUYEN, ET AL., | |
| Defendant(s). | |

**Defendant Lien Phuong D. Nguyen**, an unrepresented pro se party in this case, has requested and is in need of counsel to assist in this matter. The FLASH program has reviewed and screened **Ms. Nguyen** for compliance with the requirements for appointed counsel of the Federal Pro Bono Project.

FLASH has determined that **Ms. Nguyen**, a pro se party to this action, has unsuccessfully tried to obtain private counsel, is unable to afford private counsel, and meets the income qualifications of the Federal Pro Bono Project for appointed counsel.

Furthermore, FLASH obtained private counsel willing and able to represent **Ms. Nguyen**, for full scope pro bono representation.

//
//
//
//
//

1

CASE NO. 5:10-cv-05722-EJD
ORDER REFERRING LITIGANT TO THE FEDERAL PRO BONO PROJECT/FLASH FOR PRO BONO COUNSEL, STAYING THE PROCEEDINGS AND APPOINTING PRO BONO COUNSEL

Good and just cause appearing, IT IS HEREBY ORDERED that **Defendant Lien Phuong D. Nguyen** is referred to FLASH for appointment of pro bono counsel, and that pro bono counsel is hereby appointed, as provided below:

1. Because **Defendant Lien Phuong D. Nguyen** has requested, and is in need of counsel to assist in this matter, and a volunteer attorney is willing to be appointed to undertake this representation at the request of FLASH, **Sayuri Sharper** is hereby appointed as counsel for **Defendant Lien Phuong D. Nguyen** in this matter.

2. All proceedings in this action are hereby stayed four weeks from today's date.

**IT IS SO ORDERED.**

Dated: 11/30/11

EDWARD J. DAVILA
United States District Judge

2

CASE NO. 5:10-cv-05722-EJD
ORDER REFERRING LITIGANT TO THE FEDERAL PRO BONO PROJECT/FLASH FOR PRO BONO COUNSEL, STAYING THE PROCEEDINGS AND APPOINTING PRO BONO COUNSEL

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> LIEN PHUONG D. NGUYEN, ET AL. et al, <br><br> Defendant. | Case Number: CV10-05722 EJD <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lien Phuong D. Nguyen
1379 Kinsule Court #1
San Jose, CA 95121

Dated: November 30, 2011

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk