United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | ) | Case No.: 5-10-CV-5722 EJD |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING DEFENDANT'S** |
| | ) | **MOTION TO DISMISS** |
| v. | ) | |
| | ) | |
| LIEN PHUONG D. NGUYEN, | ) | |
| | ) | **[Re: Docket No. 52]** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Presently before the court is Defendant Lien Phuong D. Nguyen's Motion to Dismiss the Complaint filed by Plaintiff G & G Closed Circuit Events, LLC. See Docket Item No. 52. Having fully reviewed the parties' papers and heard oral arguments at a hearing on October 26, 2012, the Court will DENY Defendant's Motion.

**IT IS SO ORDERED.**

Dated: October 29, 2012

_____
EDWARD J. DAVILA
United States District Judge