1

2

3 IN THE UNITED STATES DISTRICT COURT

4 FOR THE NORTHERN DISTRICT OF CALIFORNIA

5 G&G CLOSED CIRCUIT EVENTS, LLC.,
No. 5:10-cv-05722-EJD

6      Plaintiff,
**ORDER TO SHOW CAUSE RE:**
**SETTLEMENT**

7   v.

8 LIEN PHUONG D. NGUYEN, ET AL.,

9      Defendant.
                    /

10

11      The parties, having filed a Notice of Settlement on **November 26, 2012** (See Docket Item

12 No. 64), are ordered to appear before the Honorable Edward J. Davila on **January 25, 2013 at 1:30**

13 **PM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose,

14 California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of

15 Civil Procedure 41(b). On or before **January 15, 2013**, the parties shall file a joint statement in

16 response to the Order to Show Cause setting forth the status of settlement efforts as well as the

17 amount of additional time necessary to finalize and file a dismissal.

     The Order to Show Cause shall be automatically vacated and the parties relieved of the

18 obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

19 Procedure 41(a) is filed on or before **January 15, 2013.**

20

21      All other pretrial deadlines and hearing dates are VACATED and any pending motions are

22 TERMINATED.

     Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

23 the action.

24 **IT IS SO ORDERED.**

25

26 Dated: November 27, 2012



27 EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

28

United States District Court
For the Northern District of California